28838. TURNER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 28, 1974.

*Byrd, Groover & Buford,* for appellant.
*David L. G. King, Jr., Assistant Attorney General,* for appellee.

28928. MEADOWS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 12, 1974.

John T. Meadows, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.